| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br><br>IN RE:<br>   STEPHEN BORACE, JR.<br>   ALEXIS L. BORACE | <br><br>Order Filed on October 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  19-26242 VFP<br><br>Hearing Date:  10/3/2019<br><br>Judge:  VINCENT F. PAPALIA<br><br>Debtor is Entitled To Discharge |

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

DATED: October 11, 2019

_____
**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

Debtor(s): STEPHEN BORACE, JR.
ALEXIS L. BORACE

Case No.: 19-26242 VFP

Caption of Order: ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 8/23/2019, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 9/1/2019, the Debtor shall pay the Standing Trustee

  the sum of $2,950.00 for a period of 60 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Pre-Confirmation Certification of Compliance has been filed by the Debtor(s) by 10/17/2019, the instant case will be dismissed without further notice or hearing to debtor(s) and debtor's attorney; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $4,750.00. The unpaid balance of the allowed fee in the amount of $2,750.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 19-26242-VFP
Stephen Borace, Jr.                                                     Chapter 13
Alexis L. Borace
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 1                  Date Rcvd: Oct 11, 2019
                              Form ID: pdf903             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db/jdb         +Stephen Borace, Jr.,    Alexis L. Borace,    29 Craig Court,    Totowa, NJ 07512-1124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              David E. Sklar    on behalf of Debtor Stephen  Borace, Jr. dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
              David E. Sklar    on behalf of Joint Debtor Alexis L. Borace dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
              Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7