Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−26242−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Borace Jr.                              Alexis L. Borace
   29 Craig Court                                     29 Craig Court
   Totowa, NJ 07512                               Totowa, NJ 07512

Social Security No.:
   xxx−xx−1819                                        xxx−xx−2787

Employer's Tax I.D. No.:

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:            May 7, 2020
Time:           10:00 AM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*36* − Motion for Relief from Stay re: 29 Craig Ct, Totowa NJ 07512. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Roundpoint Mortgage Servicing Corporation. Hearing scheduled for 5/7/2020 at 10:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Affidavit # 2 Exhibit Loan Documents # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order # 5 Certificate of Service) (Carlon, Denise)

and transact such other business as may properly come before the meeting.


Dated: April 13, 2020
JAN: mcp

                                                                              Jeanne Naughton
                                                                               Clerk