Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−26242−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephen Borace Jr.
29 Craig Court
Totowa, NJ 07512

Alexis L. Borace
29 Craig Court
Totowa, NJ 07512

Social Security No.:
xxx−xx−1819

xxx−xx−2787

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 7, 2020.

On 8/18/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: September 17, 2020
Time: 08:30 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 19, 2020
JAN: lc

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 19-26242-VFP
Stephen Borace, Jr.                                             Chapter 13
Alexis L. Borace
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Aug 19, 2020
                              Form ID: 185                 Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db/jdb         +Stephen Borace, Jr.,    Alexis L. Borace,    29 Craig Court,    Totowa, NJ 07512-1124
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
518503148       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518423473      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518423474      +Bank of America,    4909 Savarese Circle,   Fl1-908-01-50,    Tampa, FL 33634-2413
518512210      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518423477      +Citi/Sears,   Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518542897       Citibank, N.A.,    5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
518423478      +Citibank/Best Buy,    Attn: Bankruptcy,   Po Box 790441,    St. Louis, MO 63179-0441
518443630      +Computer Credit, Inc.,    640 West 4th Street,    PO Box 5238,    Winston Salem, NC 27113-5238
518423480      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518429145     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                 Detroit, MI 48255-0953)
518423482      +Ford Credit,   P.O. Box 152271,    Irving, TX 75015-2271
518423485      #+Marianne Ecanosti,    10 Sunrise Drive,   Wayne, NJ 07470-4230
518423486      +Mrc/united Wholesale M,    585 South Blvd E,    Pontiac, MI 48341-3163
518503574      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
518443631      +New York Eye & Ear Infirmary,    Attn: Finance Dept.,    310 East 14th Street,
                 New York, NY 10003-4297
518423489      +Remex Inc,   Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518423490      +RoundPoint Mortgage Servicing Corporatio,    Attn: Bankruptcy,    Po Box 19409,
                 Charlotte, NC 28219-9409
518531219      +RoundPoint Mortgage Servicing Corporation,     446 Wrenplace Road,    Fort Mill, SC 29715-0200
518423487     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
518423494     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,   MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court:  Wells Fargo Bank Ia N,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
518423493      +Wells Fargo Bank,    Mac F823f-02f,   Po Box 10438,    Des Moines, IA 50306-0438
518423495      +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
518449888      +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
518503081       Wells Fargo Bank, N.A., Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 23:26:27      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 23:26:26       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518534459       E-mail/Text: ally@ebn.phinsolutions.com Aug 19 2020 23:25:39      Ally Bank Lease Trust,
                 PO Box 130424,   Roseville MN 55113-0004
518423472      +E-mail/Text: ally@ebn.phinsolutions.com Aug 19 2020 23:25:39      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
518423475      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 19 2020 23:35:49       Capital One,
                 Attn: Bankrupcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518454227      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2020 23:36:37
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518423479      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 23:26:13
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518423481       E-mail/Text: mrdiscen@discover.com Aug 19 2020 23:25:46      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518542900       E-mail/Text: bnc-quantum@quantum3group.com Aug 19 2020 23:26:21
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
518434641       E-mail/Text: mrdiscen@discover.com Aug 19 2020 23:25:46      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518423484      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 19 2020 23:26:01      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518534725       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 19 2020 23:26:35      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518423476       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 19 2020 23:35:14       Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
```

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Aug 19, 2020
                               Form ID: 185             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518573731       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 23:35:25      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587,
                 LVNV Funding LLC,    c/o Resurgent Capital Services 29603-0587
518573730        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 23:35:25      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
518423488       +E-mail/Text: bankruptcy@prosper.com Aug 19 2020 23:26:43        Prosper Funding LLC,
                 221 Main Street,   Suite 300,    San Francisco, CA 94105-1909
518539170       +E-mail/Text: bncmail@w-legal.com Aug 19 2020 23:26:32        Prosper Marketplace Inc.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
518530534        E-mail/Text: bnc-quantum@quantum3group.com Aug 19 2020 23:26:22
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
518425948       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:36:14        Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518538399       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:35:08        Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
518423491       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:35:09        Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
518423492       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:35:40        Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518520385       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2020 23:36:37        Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518423483         HOA
cr*              +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518524485*        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
                                                                                     TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
```
              David L. Stevens    on behalf of Debtor Stephen  Borace, Jr. dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              David L. Stevens    on behalf of Joint Debtor Alexis L. Borace dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```