UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Jamal J. Romero Esq.
jromero@scura.com
Counsel for Debtors

**Order Filed on August 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

STEPHEN BORACE AND ALEXIS BORACE,

Debtors.

| | |
|---|---|
| Case No.: | 19-26242 |
| Hearing Date: | August 17, 2021 |
| Chapter: | 13 |
| Judge: | Vincent F. Papalia |

# REVISED ORDER AUTHORIZING SALE OF
# REAL PROPERTY

The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**.

**DATED: August 17, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the Debtor's motion for authorization to sell the real property commonly known as _____1713 Boulevard, Unit 7, Seaside Park_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3.  ☒    In accordance with D.N.J. LBR 2016-1(d) and D.N.J. LBR 6004-5, the following professional(s) shall be paid at closing.

| | |
|---|---|
| Name of professional: | Carlos Rendo, Esq./ Greg Balderacchi |
| Amount to be paid: | $2,200/$599 |
| Services rendered: | The Real Estate Attorney assisted with drafting closing documents and will attend the closing to ensure the transaction. |
| | Realtor listed the Property on his website. |

**AND**:☒  Sufficient funds may be held in escrow by the Debtors' attorney to pay attorney's fees for the Debtors' attorneys on further order of this court.

4.  Other reasonable and customary closing costs and charges payable by the Debtor and co-owner may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____0_____$ claimed as exempt shall be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.  The balance of the proceeds will be determined by first deducting from the sale proceeds the reasonable and customary closing costs and charges, special counsel fees and Realtor commissions (the "net sale proceeds"), and then deducting the payoff of the first mortgage from only the Debtor's one-half portion of the net sale proceeds.

7. ✕ A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The Debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

The fourteen-day stay is waived pursuant to Fed. R. Bankr. P. 6004(h).

*rev.8/1/15*

3

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-26242-VFP

Stephen Borace, Jr.                                                                                       Chapter 13

Alexis L. Borace
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                               User: admin                                          Page 1 of 2
Date Rcvd: Aug 18, 2021                       Form ID: pdf903                                     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Borace, Jr., Alexis L. Borace, 29 Craig Court, Totowa, NJ 07512-1124 |
| aty | + | Carlos Rendon, 700 79th Street, North Bergen, NJ 07047-6385 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021                           Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| David L. Stevens | |
| | on behalf of Joint Debtor Alexis L. Borace dstevens@scura.com |
| | ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl. |
| | r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura |
| David L. Stevens | |
| | on behalf of Debtor Stephen Borace  Jr. dstevens@scura.com, |
| | ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl. |
| | r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura |
| Denise E. Carlon | |
| | on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jamal J Romero | |

District/off: 0312-2                            User: admin                                   Page 2 of 2
Date Rcvd: Aug 18, 2021                         Form ID: pdf903                           Total Noticed: 2

                         on behalf of Joint Debtor Alexis L. Borace jromero@scura.com
                         dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;apasku@scura.
                         com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com

Jamal J Romero
                         on behalf of Debtor Stephen Borace  Jr. jromero@scura.com,
                         dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;apasku@scura.
                         com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com

Maria Cozzini
                         on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com

Marie-Ann Greenberg
                         magecf@magtrustee.com

Rebecca Ann Solarz
                         on behalf of Creditor Roundpoint Mortgage Servicing Corporation rsolarz@kmllawgroup.com

U.S. Trustee
                         USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9