Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−26242−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephen Borace Jr.
29 Craig Court
Totowa, NJ 07512

Alexis L. Borace
29 Craig Court
Totowa, NJ 07512

Social Security No.:
xxx−xx−1819

xxx−xx−2787

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 24, 2022.

Dated: January 24, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-26242-VFP
Stephen Borace, Jr.  Chapter 13
Alexis L. Borace
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 24, 2022 | Form ID: plncf13 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Borace, Jr., Alexis L. Borace, 29 Craig Court, Totowa, NJ 07512-1124 |
| aty | + | Carlos Rendon, 700 79th Street, North Bergen, NJ 07047-6385 |
| r | + | Greg Balderacchi, 17 State Street, #400, New York City, NY 10004-1551 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | ROUNDPOINT MORTGAGE SERVICING CORPORATION, Phelan Hallinan &Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518423474 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518512210 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518443630 | + | Computer Credit, Inc., 640 West 4th Street, PO Box 5238, Winston Salem, NC 27113-5238 |
| 519051784 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519051785 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive Fishers, IN 46037-9764 |
| 518423486 | + | Mrc/united Wholesale M, 585 South Blvd E, Pontiac, MI 48341-3163 |
| 518503574 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518443631 | + | New York Eye & Ear Infirmary, Attn: Finance Dept., 310 East 14th Street, New York, NY 10003-4297 |
| 518423488 | + | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518423489 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518423490 | + | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 518531219 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 518423494 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 518423493 | + | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 518423495 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518449888 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 518503081 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518534459 | | Email/Text: ally@ebn.phinsolutions.com | Jan 24 2022 20:30:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518423472 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 24 2022 20:30:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |

Case 19-26242-VFP   Doc 89   Filed 01/26/22   Entered 01/27/22 00:14:55   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: plncf13 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 518503148 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 20:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518423473 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 20:33:05 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518423475 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 20:33:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518454227 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2022 20:33:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518423477 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2022 20:43:58 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518542897 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2022 20:43:58 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518423478 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2022 20:43:59 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518423479 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2022 20:30:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518443630 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jan 24 2022 20:30:00 | Computer Credit, Inc., 640 West 4th Street, PO Box 5238, Winston Salem, NC 27113-5238 |
| 518423481 | | Email/Text: mrdiscen@discover.com | Jan 24 2022 20:30:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518423480 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2022 20:43:56 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518542900 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2022 20:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518434641 | | Email/Text: mrdiscen@discover.com | Jan 24 2022 20:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518429145 | | Email/Text: EBNBKNOT@ford.com | Jan 24 2022 20:31:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 518423482 | + | Email/Text: EBNBKNOT@ford.com | Jan 24 2022 20:31:00 | Ford Credit, P.O. Box 152271, Irving, TX 75015-2271 |
| 518423484 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2022 20:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518534725 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2022 20:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518423476 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2022 20:33:08 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518573730 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 20:33:13 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518573731 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 20:33:06 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518539170 | + | Email/Text: bncmail@w-legal.com | Jan 24 2022 20:30:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518530534 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2022 20:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518423487 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 24 2022 20:30:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |

| 518538399 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Jan 24 2022 20:33:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518425948 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 24 2022 20:33:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518423491 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 24 2022 20:33:16 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518423492 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 24 2022 20:33:16 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518520385 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jan 24 2022 20:33:12 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518423483 | | HOA |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518524485 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518423485 | ##+ | Marianne Ecanosti, 10 Sunrise Drive, Wayne, NJ 07470-4230 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

**Name** | **Email Address**

David L. Stevens
  on behalf of Joint Debtor Alexis L. Borace dstevens@scura.com
  ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064

David L. Stevens
  on behalf of Debtor Stephen Borace Jr. dstevens@scura.com,
  ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064

Denise E. Carlon
  on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jamal J Romero
  on behalf of Debtor Stephen Borace Jr. jromero@scura.com,

Case 19-26242-VFP    Doc 89    Filed 01/26/22    Entered 01/27/22 00:14:55    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: plncf13 | Total Noticed: 53 |

| | |
|---|---|
| | dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com |
| Jamal J Romero | |
| | on behalf of Joint Debtor Alexis L. Borace jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com |
| Maria Cozzini | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Matthew K. Fissel | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Roundpoint Mortgage Servicing Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10