Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−26242−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stephen Borace Jr. | Alexis L. Borace |
| 29 Craig Court | 29 Craig Court |
| Totowa, NJ 07512 | Totowa, NJ 07512 |

Social Security No.:
    xxx−xx−1819                              xxx−xx−2787

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        7/21/22
Time:        02:00 PM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ
07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not
required.

The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney,
period: 10/15/2019 to 6/21/2022

COMMISSION OR FEES
$7834,

EXPENSES
$1057.25.

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 21, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-26242-VFP

Stephen Borace, Jr.                                                         Chapter 13

Alexis L. Borace
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                    Page 1 of 4

Date Rcvd: Jun 21, 2022                    Form ID: 137                          Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Borace, Jr., Alexis L. Borace, 29 Craig Court, Totowa, NJ 07512-1124 |
| aty | + | Carlos Rendon, 700 79th Street, North Bergen, NJ 07047-6385 |
| r | + | Greg Balderacchi, 17 State Street, #400, New York City, NY 10004-1551 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | ROUNDPOINT MORTGAGE SERVICING CORPORATION, Phelan Hallinan &Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518423486 | + | Mrc/united Wholesale M, 585 South Blvd E, Pontiac, MI 48341-3163 |
| 518443631 | + | New York Eye & Ear Infirmary, Attn: Finance Dept., 310 East 14th Street, New York, NY 10003-4297 |
| 518423494 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 518423493 | + | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 518423495 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518449888 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 518503081 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2022 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2022 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518534459 | | Email/Text: ally@ebn.phinsolutions.com | Jun 21 2022 21:58:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518423472 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 21 2022 21:58:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518503148 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2022 22:01:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518423473 | + | Email/PDF: bncnotices@becket-lee.com | Jun 21 2022 22:01:44 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518423474 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2022 21:58:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518512210 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 21 2022 21:59:00 | Bank of America, N.A., P O Box 982284, El Paso, |

| | | | |
|---|---|---|---|
| | | | TX 79998-2284 |
| 518423475 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Jun 21 2022 22:01:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518454227 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jun 21 2022 22:01:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518423477 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 21 2022 22:01:46 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518542897 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 21 2022 22:01:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518423478 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 21 2022 22:01:37 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518423479 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jun 21 2022 21:59:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518443630 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | |
| | | Jun 21 2022 21:58:00 | Computer Credit, Inc., 640 West 4th Street, PO Box 5238, Winston Salem, NC 27113-5238 |
| 518423481 | | Email/Text: mrdiscen@discover.com | |
| | | Jun 21 2022 21:58:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518423480 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 21 2022 22:01:38 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518542900 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jun 21 2022 21:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518434641 | | Email/Text: mrdiscen@discover.com | |
| | | Jun 21 2022 21:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518429145 | | Email/Text: EBNBKNOT@ford.com | |
| | | Jun 21 2022 21:59:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 518423482 | + | Email/Text: EBNBKNOT@ford.com | |
| | | Jun 21 2022 21:59:00 | Ford Credit, P.O. Box 152271, Irving, TX 75015-2271 |
| 519051784 | | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Jun 21 2022 21:58:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519051785 | | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Jun 21 2022 21:58:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518423484 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jun 21 2022 21:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518534725 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jun 21 2022 21:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518423476 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Jun 21 2022 22:01:41 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518573730 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 21 2022 22:01:28 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518573731 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 21 2022 22:01:28 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518503574 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jun 21 2022 21:58:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518423488 | ^ | MEBN | |
| | | Jun 21 2022 21:56:08 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518539170 | + | Email/Text: bncmail@w-legal.com | |
| | | Jun 21 2022 21:59:00 | Prosper Marketplace Inc., C/O WEINSTEIN & |

| | | | | |
|---|---|---|---|---|
| | | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518530534 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2022 21:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518531219 | | Email/Text: bankruptcy@roundpointmortgage.com | Jun 21 2022 21:58:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 518423489 | + | Email/Text: clientservices@remexinc.com | Jun 21 2022 21:58:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518423490 | ^ | MEBN | Jun 21 2022 21:54:54 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 518423487 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 21 2022 21:58:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 518538399 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518425948 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518423491 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:23 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518423492 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:34 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518520385 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2022 22:01:36 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518423493 | + | Email/PDF: Bankruptcynotices_CCSBKOperations@wellsfargo.com | Jun 22 2022 11:56:46 | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 518423495 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 22 2022 11:46:27 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518449888 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 22 2022 11:46:27 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 518503081 | | Email/PDF: Bankruptcynotices_CCSBKOperations@wellsfargo.com | Jun 22 2022 11:56:46 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518423483 | | HOA |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518524485 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518423485 | ##+ | Marianne Ecanosti, 10 Sunrise Drive, Wayne, NJ 07470-4230 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 21, 2022 | Form ID: 137 | Total Noticed: 53

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David L. Stevens | on behalf of Joint Debtor Alexis L. Borace dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;bramirez@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com |
| David L. Stevens | on behalf of Debtor Stephen Borace  Jr. dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;bramirez@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com |
| Denise E. Carlon | on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Stephen Borace  Jr. jromero@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;mmoreira@scura.com;spereyra@scura.com;bramirez@scura.com |
| Jamal J Romero | on behalf of Joint Debtor Alexis L. Borace jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;mmoreira@scura.com;spereyra@scura.com;bramirez@scura.com |
| Maria Cozzini | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Roundpoint Mortgage Servicing Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10