UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

**Order Filed on July 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:        _____

Chapter:              13

Judge:            _____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 25, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been

rendered, and no objections having been raised, it is:

ORDERED that _____, the applicant, is allowed

a fee of $ _____ for services rendered and expenses in the amount of

$_____ for a total of $_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for

_____ months to allow for payment of the above fee.

*rev.8/1/15*