| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Stephen Borace Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−1819<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | Alexis L. Borace<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−2787<br>EIN   __−_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19−26242−VFP | | |

# Order of Discharge                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen Borace Jr.                                    Alexis L. Borace

<u>6/13/24</u>                                       **By the court:** <u>Vincent F. Papalia</u>
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-26242-VFP

Stephen Borace, Jr.  Chapter 13

Alexis L. Borace

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Jun 13, 2024  Form ID: 3180W  Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen Borace, Jr., Alexis L. Borace, 29 Craig Court, Totowa, NJ 07512-1124 |
| aty | + | Carlos Rendon, 700 79th Street, North Bergen, NJ 07047-6385 |
| cr | + | AIS Portfolio Services, LLC Attn: Ford Motor Credi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| r | + | Greg Balderacchi, 17 State Street, #400, New York City, NY 10004-1551 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | ROUNDPOINT MORTGAGE SERVICING CORPORATION, Phelan Hallinan &Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518423485 | + | Marianne Ecanosti, 10 Sunrise Drive, Wayne, NJ 07470-4230 |
| 518423486 | + | Mrc/united Wholesale M, 585 South Blvd E, Pontiac, MI 48341-3163 |
| 518443631 | + | New York Eye & Ear Infirmary, Attn: Finance Dept., 310 East 14th Street, New York, NY 10003-4297 |
| 518538399 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518423494 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2024 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2024 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518534459 | | EDI: GMACFS.COM | Jun 14 2024 00:43:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518423472 | + | EDI: GMACFS.COM | Jun 14 2024 00:43:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518503148 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2024 21:12:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518423473 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2024 21:50:23 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518423474 | + | EDI: BANKAMER | Jun 14 2024 00:43:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518512210 | + | EDI: BANKAMER2 | Jun 14 2024 00:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518423475 | + | EDI: CAPITALONE.COM | Jun 14 2024 00:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518454227 | + | EDI: AIS.COM | | |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 14 2024 00:44:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518423477 | + | EDI: CITICORP | Jun 14 2024 00:43:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518542897 | | EDI: CITICORP | Jun 14 2024 00:43:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518423478 | + | EDI: CITICORP | Jun 14 2024 00:43:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518423479 | + | EDI: WFNNB.COM | Jun 14 2024 00:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518443630 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jun 13 2024 21:08:00 | Computer Credit, Inc., 640 West 4th Street, PO Box 5238, Winston Salem, NC 27113-5238 |
| 518423481 | | EDI: DISCOVER | Jun 14 2024 00:43:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518423480 | | EDI: CITICORP | Jun 14 2024 00:43:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518542900 | | EDI: Q3G.COM | Jun 14 2024 00:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518434641 | | EDI: DISCOVER | Jun 14 2024 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518429145 | | Email/Text: EBNBKNOT@ford.com | Jun 13 2024 21:10:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 518423482 | + | Email/Text: EBNBKNOT@ford.com | Jun 13 2024 21:10:00 | Ford Credit, P.O. Box 152271, Irving, TX 75015-2271 |
| 520179362 | + | EDI: AISACG.COM | Jun 14 2024 00:44:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519051784 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 13 2024 21:08:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519051785 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 13 2024 21:08:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518423484 | + | EDI: IRS.COM | Jun 14 2024 00:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518534725 | | EDI: JEFFERSONCAP.COM | Jun 14 2024 00:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518423476 | | EDI: JPMORGANCHASE | Jun 14 2024 00:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518573730 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 21:11:59 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518573731 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 21:11:51 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518503574 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2024 21:08:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518423488 | | ^ MEBN | Jun 13 2024 20:59:14 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518539170 | + | Email/Text: bncmail@w-legal.com | Jun 13 2024 21:10:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

Case 19-26242-VFP    Doc 111    Filed 06/15/24    Entered 06/16/24 00:18:31    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: 3180W | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 400, SEATTLE, WA 98121-3132 |
| 518530534 | | EDI: Q3G.COM | Jun 14 2024 00:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518531219 | | Email/Text: bankruptcy@roundpointmortgage.com | Jun 13 2024 21:08:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 518423489 | + | Email/Text: clientservices@remexinc.com | Jun 13 2024 21:08:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518423490 | ^ | MEBN | Jun 13 2024 20:57:19 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 518423487 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 13 2024 21:08:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 518538399 | ^ | MEBN | Jun 13 2024 21:01:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518425948 | + | EDI: AIS.COM | Jun 14 2024 00:44:00 | Synchrony Bank, c/o AIS InfoSource, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 518423491 | + | EDI: SYNC | Jun 14 2024 00:43:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518423492 | + | EDI: SYNC | Jun 14 2024 00:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518520385 | + | EDI: AIS.COM | Jun 14 2024 00:44:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518423493 | + | EDI: WFFC2 | Jun 14 2024 00:43:00 | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 518423495 | + | EDI: WFFC2 | Jun 14 2024 00:43:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518449888 | + | EDI: WFFC2 | Jun 14 2024 00:43:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 518503081 | | EDI: WFFC2 | Jun 14 2024 00:43:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519794175 | + | EDI: WFFC2 | Jun 14 2024 00:43:00 | Wells Fargo N.A. Personal Lending, PO BOX 564300, Charlotte, NC 28256-4300 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518423483 | | HOA |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518524485 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 13, 2024 | Form ID: 3180W | Total Noticed: 57 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| David L. Stevens | on behalf of Joint Debtor Alexis L. Borace dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| David L. Stevens | on behalf of Debtor Stephen Borace Jr. dstevens@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| Denise E. Carlon | on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Stephen Borace Jr. jromero@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com |
| Jamal J Romero | on behalf of Joint Debtor Alexis L. Borace jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com |
| Maria Cozzini | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10